IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:23-cv-00158-MOC-WCM

| | |
|---|---|
| JASON H. KLOEPFER; <br> ALISON M. MAHLER, <br><br> Plaintiffs, <br> v. <br><br> EASTERN BAND OF <br> CHEROKEE INDIANS; <br> OHIO CASUALTY <br> INSURANCE COMPANY; <br> DUSTIN SMITH <br> *Sheriff of Cherokee County,* <br> *in his individual and official capacity;* <br> JUSTIN JACOBS <br> *Chief Deputy CCSD,* <br> *in his individual and official capacity;* <br> DAVID WILLIAMS <br> *Captain CCSD,* <br> *in his individual and official capacity;* <br> MILTON TEASDALE <br> *Lieutenant CCSD,* <br> *in his individual and official capacity;* <br> MITCHELL MORGAN <br> *Lieutenant CCSD,* <br> *in his individual and official capacity;* <br> DREW PAYNE <br> *Lieutenant CCSD,* <br> *in his individual and official capacity;* <br> DENNIS DORE <br> *Sergeant CCSD,* <br> *in his individual and official capacity;* <br> CODY WILLIAMS <br> *Sergeant CCSD,* <br> *in his individual and official capacity;* <br> NOLAN QUEEN <br> *Detective CCSD,* | ORDER |

*in his individual and official capacity;* )
**JESSICA STILES** )
*Deputy CCSD,* )
*in her individual and official capacity;* )
**J.T. GRAY** )
*Deputy CCSD,* )
*in his individual and official capacity;* )
**JASON HALL** )
*Deputy CCSD,* )
*in his individual and official capacity;* )
**DON LATULIPE** )
*Deputy CCSD,* )
*in his individual and official capacity;* )
**ADAM ERICKSON** )
*Deputy CCSD,* )
*in his individual and official capacity;* )
**PAUL FRY** )
*Deputy CCSD,* )
*in his individual and official capacity;* )
**CARLA NEADEAU** )
*Chief EBCIPD,* )
*in her individual and official capacity;* )
**JOSHUA TAYLOR** )
*Assistant Chief EBCIPD,* )
*in his individual and official capacity;* )
**ROGER NEADEAU, JR.** )
*Lieutenant Detective EBCIPD,* )
*in his individual and official capacity;* )
**NEIL FERGUSON** )
*Patrol Lieutenant EBCIPD,* )
*in his individual and official capacity;* )
**SCOTT BUTTERY** )
*SWAT Commander EBCIPD,* )
*in his individual and official capacity;* )
**JESSE RAMIREZ** )
*Detective Sergeant EBCIPD,* )
*in his individual and official capacity;* )
**JEFF SMITH** )
*Special Operations Sergeant EBCIPD,* )
*in his individual and official capacity;* )
**DUSTIN WOLFE** )

| | )|
|---|---|
| *Detective EBCIPD,* | ) |
| *in his individual and official capacity;* | ) |
| **CODY MCKINNEY** | ) |
| *Detective EBCIPD,* | ) |
| *in his individual and official capacity;* | ) |
| **NATHAN MESSER** | ) |
| *Special Operations Officer EBCIPD,* | ) |
| *in his individual and official capacity;* | ) |
| **ANDREW SAMPSON** | ) |
| *Special Operations Officer EBCIPD,* | ) |
| *in his individual and official capacity;* | ) |
| **CHRIS HARRIS** | ) |
| *Patrol Officer EBCIPD,* | ) |
| *in his individual and official capacity;* | ) |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

This matter is before the Court on the parties' "Rule 26(c) Consent Protective Order," which the undersigned has construed as a Joint Motion for Entry of a Protective Order (the "Motion," Doc. 37).

The Motion is **GRANTED**, and the parties' proposed procedures (Doc. 37) for the handling of information and materials that are produced during discovery are **ENDORSED**, subject to the following limitations.

To the extent any party seeks leave to file information with the Court under seal, such request shall be made in conformity with the Local Rules of this district, including Local Civil Rule 6.1.

To the extent Confidential Information is provided to the Court or appears on the Court's docket, the disposition of such information may be subject to a final order of the Court upon the conclusion of the litigation.

This Order does not affirmatively require any party or third party to produce any particular category of information or document. Rather, this Order, along with the procedures to which the parties have agreed, is intended to provide a process by which Confidential Information that is produced may be handled.

It is so ordered.

**Signed: February 8, 2024**

W. Carleton Metcalf
United States Magistrate Judge